# 24-3088

## United States Court of Appeals for the Second Circuit

SYNTEL STERLING BEST SHORES MAURITIUS LIMITED, SYNTEL, INC.,

*Plaintiffs-Counter-Defendants-Petitioners,*

v.

THE TRIZETTO GROUP, INC., COGNIZANT TECHNOLOGY SOLUTIONS CORP.,

*Defendants-Counter-Claimants-Respondents.*

On Petition for Permission to Appeal from the United States District Court for the Southern District of New York, No. 1:15-cv-00211 (LGS) (SDA)

## RESPONDENTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION

John C. O'Quinn
Jason M. Wilcox
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000

*Counsel for Respondents*

December 2, 2024

## CORPORATE DISCLOSURE STATEMENT

Respondent The TriZetto Group, Inc. is indirectly wholly owned by Respondent Cognizant Technology Solutions Corporation. Cognizant Technology Solutions Corporation has no parent corporation and no publicly held corporation owns more than 10% of its stock.

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-3088

**Motion for:** extension of time to file response to petition for permission to appeal

**Caption [use short title]:** Syntel Inc. v. The Trizetto Group, Inc.

Set forth below precise, complete statement of relief sought:

Respondents respectfully request a 7-day extension, to and including December 12, 2024, to prepare a response to Petitioners' Petition for Permission to Appeal or for a Writ of Mandamus. Any response is presently due December 5, 2024. No other extensions have been previously requested or granted for the Petition.

**MOVING PARTY:** The TriZetto Group, Inc. and Cognizant Technology Solutions Corp.
**OPPOSING PARTY:** Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc.

☐ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ☒ Appellee/Respondent

**MOVING ATTORNEY:** John C. O'Quinn
**OPPOSING ATTORNEY:** Kannon K. Shanmugam

[name of attorney, with firm, address, phone number and e-mail]

Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W., Washington, D.C. 20004
john.oquinn@kirkland.com; (202) 389-5191

Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K St N.W., Washington, D.C. 20006
kshanmugam@paulweiss.com; (202) 223-7325

**Court- Judge/ Agency appealed from:** S.D.N.Y., Judge Schofield

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes   ☐ No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☒ Unopposed   ☐ Opposed   ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes   ☒ No   ☐ Don't Know

Is the oral argument on motion requested?   ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?   ☐ Yes ☒ No   If yes, enter date:

**Signature of Moving Attorney:**
/s/ John C. O'Quinn   **Date:** 12/2/2024   **Service:** ☒ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

Respondents The TriZetto Group, Inc. and Cognizant Technology Solutions Corp. respectfully request a 7-day extension of time, to and including December 12, 2024, to prepare a response to Petitioners' Petition for Permission to Appeal or for a Writ of Mandamus ("Petition"). Any response is presently due December 5, 2024. No other extensions of time have been previously requested or granted for the Petition. Respondents have discussed this motion with Petitioners. Petitioners represent that they do not oppose the motion and do not intend to file a response.

There is good cause to grant the requested extension. An extension of 7 days would allow Respondents time to fully address the issues raised by the Petition and frame those issues in a manner that will be most helpful to the Court. The ten-day response period absent an extension includes the Thanksgiving holiday and conflicts with the pre-existing travel plans of Respondents' counsel. In addition, Respondents' counsel's current obligations during the time allotted to prepare its response include several pre-existing court deadlines, including oral argument on December 3 in *Intel Corp. v. PACT XPP Schweiz AG*, No. 23-1537 (Fed. Cir.).

A declaration in support of the motion is attached.

## CONCLUSION

For the foregoing reasons, Respondents respectfully request a 7-day extension of time, to and including December 12, 2024, to file its response to the Petition.

December 2, 2024          Respectfully submitted,

/s/ *John C. O'Quinn*
John C. O'Quinn
Jason M. Wilcox
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 389-5000

*Counsel for Respondents*

# DECLARATION OF JOHN O'QUINN

I am counsel for Respondents and have entered an appearance.

An extension of 7 days would allow Respondents time to fully address the issues raised by the Petition and frame those issues in a manner that will be most helpful to the Court. The ten-day response period absent an extension includes the Thanksgiving holiday and conflicts with the pre-existing travel plans of Respondents' counsel.

In addition, Respondents' counsel's current obligations during the time allotted to prepare a response include several pre-existing court deadlines, including oral argument on December 3 in *Intel Corp. v. PACT XPP Schweiz AG*, No. 23-1537 (Fed. Cir.).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

December 2, 2024            /s/ *John C. Q'Quinn*
                                            *Counsel for Respondent*

## CERTIFICATE OF SERVICE

On December 2, 2024, the foregoing document was submitted to the Court through the ACMS system. All participants in the case are represented by registered ACMS users and will be notified of filing electronically by the ACMS system.

*/s/ John C. O'Quinn*

## CERTIFICATE OF TYPE-VOLUME AND TYPEFACE COMPLIANCE

This brief complies with the type-volume and typeface limitations specified in the Federal Rule of Appellate Procedure and the Rules of this Court. This motion is proportionally spaced, uses 14-point Century Schoolbook font, and, according to the word processing system used to prepare this document, contains 384 words.

/s/ John C. O'Quinn