## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Syntel, Inc. v. The Trizetto Group, Inc.

Docket No.: 24-3088

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Crystal L. Parker

Firm: Paul, Weiss, Rifkind, Wharton & Garrison LLP

Address: 1285 Avenue of the Americas New York, NY 10019

Telephone: (212) 373-3069        Fax: (212) 492-0069

E-mail: cparker@paulweiss.com

**Appearance for:** Syntel, Inc., Sterling Best Shores Mauritius Ltd. / Petitioners
(party/designation)

**Select One:**

[ ] Substitute counsel (replacing lead counsel: _____ )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[✓] Additional counsel (co-counsel with: Kannon K. Shanmugam / Paul, Weiss, Rifkind, Wharton & Garrison LLP )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/ Crystal L. Parker

Type or Print Name: Crystal L. Parker