## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Syntel, Inc. v. The Trizetto Group, Inc.     Docket No.: 24-3088

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jaren Janghorbani

Firm: Paul, Weiss, Rifkind, Wharton & Garrison LLP

Address: 1285 Avenue of the Americas New York, NY 10019

Telephone: (212) 373-3211     Fax: (347) 402-8340

E-mail: jjanghorbani@paulweiss.com

Appearance for: Syntel, Inc., Sterling Best Shores Mauritius Ltd. / Petitioners
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Kannon K. Shanmugam / Paul, Weiss, Rifkind, Wharton & Garrison LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on October 21, 2021     OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Jaren Janghorbani

Type or Print Name: Jaren Janghorbani