## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Syntel, Inc. v. The Trizetto Group, Inc.  Docket No.: 24-3088

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Benjamin M. Miller-Gootnick

Firm: Paul, Weiss, Rifkind, Wharton & Garrison LLP

Address: 2001 K Street, NW, Washington, DC 20006

Telephone: (202) 223-7379   Fax: (771) 220-5811

E-mail: bmiller-gootnick@paulweiss.com

Appearance for: Syntel, Inc., Sterling Best Shores Mauritius Ltd. / Petitioners
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Kannon K. Shanmugam / Paul, Weiss, Rifkind, Wharton & Garrison LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Benjamin M. Miller-Gootnick

Type or Print Name: Benjamin M. Miller-Gootnick