## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Syntel, Inc. v. The Trizetto Group, Inc.  **Docket No.:** 24-3088

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** James Durling

**Firm:** Paul, Weiss, Rifkind, Wharton & Garrison LLP

**Address:** 2001 K Street, NW, Washington, DC 20006

**Telephone:** (202) 223-7483  **Fax:** (202) 403-3053

**E-mail:** jdurling@paulweiss.com

**Appearance for:** Syntel, Inc., Sterling Best Shores Mauritius Ltd. / Petitioners
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Kannon K. Shanmugam / Paul, Weiss, Rifkind, Wharton & Garrison LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

**Signature of Counsel:** /s/ James Durling

**Type or Print Name:** James Durling