## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Syntel, Inc. v. The Trizetto Group, Inc.　　　Docket No.: 24-3088

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Anna J. Goodman

Firm: Paul, Weiss, Rifkind, Wharton & Garrison LLP

Address: 2001 K Street, NW, Washington, DC 20006

Telephone: 202-223-7451　　　Fax: 202-558-4469

E-mail: alucardi@paulweiss.com

Appearance for: Syntel, Inc., Sterling Best Shores Mauritius Ltd. / Petitioners
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Kannon K. Shanmugam / Paul, Weiss, Rifkind, Wharton & Garrison LLP)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Anna J. Goodman

Type or Print Name: Anna J. Goodman