S.D.N.Y. – N.Y.C.
15-cv-211
Schofield, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of March, two thousand twenty-five.

Before:     Reena Raggi,
                Richard C. Wesley,
                Raymond J. Lohier, Jr.,
                    *Circuit Judge*.

Syntel, Inc., Syntel Sterling Best Shores Mauritius Ltd.,

         *Petitioners*,                                  24-3088

v.

The TriZetto Group, Inc., Cognizant Technology Solutions Corp.,

         *Respondents*.

Petitioners request, under 28 U.S.C. § 1292(b), leave to appeal an interlocutory order of the district court. Upon due consideration, it is hereby ORDERED that the petition is DENIED. *See Klinghoffer v. S.N.C. Achille Lauro*, 921 F.2d 21, 23–25 (2d Cir. 1990).

                                FOR THE COURT:
                                Catherine O'Hagan Wolfe, Clerk of Court